Michael Maroko, Esq.
Re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Lisa Johansen

August 16, 2011
Page 2

**CONFIDENTIAL LEGAL COMMUNICATION**
**PUBLICATION OR DISSEMINATION IS PROHIBITED**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ the "real" Lisa Marie Presley. In fact, Lisa Johansen has spent decades proclaiming to the world that she was the "real" Lisa Marie Presley, daughter of and Elvis and Priscilla Presley. She even penned and published a book under the phony name "Lisa Marie (aka Lisa Johansen) Presley" ▮▮▮

▮▮Johansen's long history of lies, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮ Her long odyssey of bizarre fraudulent conduct ▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Also demonstrating the falsity of this preposterous claim is the fact that both Lisa Johansen and ▮▮▮▮▮▮▮▮ were observed at a candlelight vigil at Graceland yesterday honoring Elvis Presley on the anniversary of his death. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Moreover, Lisa Johansen was observed proudly displaying

Michael Maroko, Esq.
Re: ███████████████████████████████████████ Lisa Johansen

August 16, 2011
Page 3

**CONFIDENTIAL LEGAL COMMUNICATION**
*PUBLICATION OR DISSEMINATION IS PROHIBITED*

---

photos of Navarone and Priscilla Presley and other family members ███████████ In fact, she also bragged about how much Priscilla supposedly liked ███████████ — yet another lie; Priscilla has never heard ███████████



Michael Maroko, Esq.
Re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Lisa Johansen
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

August 16, 2011                           **CONFIDENTIAL LEGAL COMMUNICATION**
Page 9                                    **PUBLICATION OR DISSEMINATION IS PROHIBITED**

---

C. **Lisa Johansen** ▮▮▮▮▮▮▮▮ **and Her History of Outlandish Bizarre and Fraudulent Conduct.**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Lisa Johansen and "Lisa Marie (aka Lisa Johansen) Presley," has been known to certain members of the Presley family ever since she began making the strange claim many years ago that she is Lisa Marie Presley. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ interactions with the family and the mountain of evidence demonstrating her lack of credibility, it is a gross understatement to say that her lack of veracity is incontrovertible when it comes to issues involving members of the Presley family. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Lisa Johansen's relationship and history with the Presley family is built upon her lies, fraud and delusions. Nothing she says can be believed.

As recently as August 15, 2011, Lisa Johansen engaged in further outlandish, bizarre and fraudulent conduct. She showed up in Graceland, identifying herself with her husband and four children, including ▮▮▮▮ and Jasmine (who was referred to by Ms. Johansen at Graceland as Anna). She told the staff that "I was just with the family," and showed the photos that ▮▮▮▮ and Jasmine had taken of Priscilla Presley and Navarone's grandmother. She also stated that "Priscilla Presley heard ▮▮▮▮▮▮▮ and liked ▮▮▮▮▮." ▮▮▮▮▮▮▮▮▮▮▮ and furthermore, Ms. Presley has never heard any of ▮▮▮▮▮▮. Her appearance this week at Graceland, communicating lies to the staff and boasting (falsely) about her relationship with the family, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Priscilla Presley's son, evidence her bizarre behavior.

1. **Lisa Johansen's Book *I, Lisa Marie: The True Story of Elvis Presley's Real Daughter*.**

Just as Emma's own Facebook posts undermine her believability, Lisa Johansen's strange obsession with my client's family and her outlandish claims to be the "real" Lisa Marie Presley completely eviscerate Lisa Johansen's credibility. Lisa Johansen has spent decades claiming to Elvis' daughter and the "real" Lisa Marie. One need look at little more than the description of her ludicrous tome on Amazon to recognize that at best Lisa Johansen is delusional, and at worst she has engaged in boundless fraudulent conduct *vis a vis* my client's family and the public at large. The Amazon blurb describes *I, Lisa Marie: The True Story of Elvis Presley's Real Daughter* as follows:

> Dazed by grief over the sudden death of her famous father, the
> young girl is whisked from her life in America to the obscurity of a
> comfortable exile in Scandinavia. It is for her own safety that she



Michael Maroko, Esq.
Re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Lisa Johansen

August 16, 2011
Page 10

*CONFIDENTIAL LEGAL COMMUNICATION*
*PUBLICATION OR DISSEMINATION IS PROHIBITED*



2. <u>Lisa Johansen's Wrongfully Gained Access to Private Areas of Graceland.</u>

Lisa Johansen also impersonated Lisa Marie Presley in 1992 in order to unlawfully gain access to private areas of Graceland which are not open to the public. In that instance, Lisa Johansen lied to Graceland personnel and impersonated Lisa Marie so that she could unlawfully enter the private room of Delta Biggs, Elvis' aunt who had resided at Graceland for many years. Lisa Johansen fled when a security alarm rang; she was later seen on surveillance video after removing items from the property.

Michael Maroko, Esq.  
Re:  Lisa Johansen

August 16, 2011          *CONFIDENTIAL LEGAL COMMUNICATION*  
Page 11          *PUBLICATION OR DISSEMINATION IS PROHIBITED*

### 3. Lisa Johansen's False Claim to Be A Lawyer in Sweden.

An additional indication of Lisa Johansen's lack of credibility and her fraudulent and/or delusional conduct are her claims to be a lawyer in Sweden. According to the Swedish Bar Association (Sveriges Avokatsamfund) there is no record of her being admitted to the Swedish Bar as Lisa Johansen, as Sari Nikula, or even as Lisa Presley. Thus, unless she uses yet another alias for her alleged Swedish Bar membership, it appears that Lisa Johansen's claim to be a Swedish lawyer is yet another fabrication in a long series of lies.



Michael Maroko, Esq.
Re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Lisa Johansen
August 16, 2011
Page 12

**CONFIDENTIAL LEGAL COMMUNICATION**
**PUBLICATION OR DISSEMINATION IS PROHIBITED**

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

### D. Conclusion.

Although my client's family could have taken action against Lisa Johansen a/k/a Sari Nikula based on her wrongful conduct over the years, my client's family instead repeatedly took the high road. Perhaps Lisa Johansen has misconstrued the past kindness of my client's family as weakness, enticing her to perpetrate this new fraud focusing on ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

The malicious false claims and offensive wrongful conduct of Lisa Johansen ▓▓▓▓▓▓▓▓▓▓▓▓▓ will no longer be tolerated. My client has claims against Lisa Johansen ▓▓▓▓▓▓▓ Our client intends to pursue those claims unless your clients confirm that they will not pursue their specious claims. If you clients refuse to agree to the foregoing, then they do so at their peril.

Please contact me if you would like to discuss this matter.

This does not constitute a complete or exhaustive statement of all of my client's rights or claims. Nothing contained herein is intended as, nor should it be deemed to constitute, a waiver or relinquishment of any of our client's rights or remedies, whether legal or equitable, all of which are hereby expressly reserved. This letter is a confidential legal communication and is not for publication.

Sincerely,

MARTIN D. SINGER

MDS/lg
cc: Mr. Navarone Garibaldi
    Lynda B. Goldman, Esq.

K:\618-30\LET\MDS-GOLDBERG 081611 Demand (r)(2).wpd