You sounded great on the Phone. You also seem to be looking forward to a new life in Sweden. We know you will succeed.

Lisa & husband are very supportive of you. Dad and I are appreciate all the help they are giving you.

Love,
Mother and Dad

This letter is the first of more to follow. Let me know if there is any difficulty.

To wire money or to send a check you must have an account in Sweden; otherwise the mail might be the best — and easiest — way. Let us know. Besides — it costs $45.00 to wire funds. In any even this letter is express mail, I'll question the time it may take to get to you, then we'll space the future letters accordingly.

Tom. Buy Lisa some flowers. or whatever is most appropriate.

Time difference between LA. and Sweden