# Authorisation for taking sample

## A. CONSENT to provide Volunteer Sample

**For Completion by the Subject**     This section **MUST** always be completed

I consent to a DNA sample (mouth swab/pulled hair) being taken for forensic analysis. I understand that unless I give my written consent for the sample's retention and use, it will only be compared to the crime stain profiles from this enquiry and it will be destroyed at the end of this case. I have been advised that the person taking the sample may be required to give evidence and/or provide a written statement to the police in relation to the sample taken.

Signature _[signed]_     Date _28-10-2010_

## B. CONSENT to retain Volunteer Sample and Load DNA Profile derived to the National DNA Database

**For Completion by the Subject**

I (print full name) _____

(DOB) _____ consent to my DNA sample (mouth swab/pulled hair) being taken for analysis and retained and used for purposes of the prevention and detection of a crime. I understand that my sample may be checked against other DNA profiles on the National DNA Database and compared at any time to other DNA profiles held by the police, nationally or internationally, for the purposes of the prevention and detection of crime.

I understand that once I have given my consent, I cannot withdraw this consent.

Signature _____     Date _____

Parent/Guardian/Responsible adult (if applicable) _____
Please print   _NO CONSENT GIVEN._

Signature _____     Date _____

## C. Verification of Identity     This section **MUST** always be completed

**For Completion by the Sampling Officer**

Identity Verified?   ~~Yes~~/~~No~~
Please delete as appropriate
_PASSPORT # ████ 7847_
If yes, please indicate verification method

Officer's name _Jones_     ID Number _████ 2407_
Signature _[signed]_     Date _28/10/2010_

**METROPOLITAN POLICE SERVICE — MEMO**

TDC ▮ JONES
HEATHROW AIRPORT.
0208 721 ▮

Contact Name ..............................................................................

Contact Phone .............................................................................

Crime / Ref. No. ............................... Date ...................................
MP 848/05